Trey D. Brown (SBN 314469)
In-House Counsel
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
Telephone: (323) 347-4271
Email: trey@strike3holdings.com

Christian W. Waugh (FL SBN 71093)
*(pro hac vice application pending)*
WAUGH PLLC
201 E. Pine Street, Ste. 315
Orlando, FL 32801
Telephone: (321) 800-6008
Email: cwaugh@waugh.legal

Jeremy J. Thompson (MN SBN 402173)
*(pro hac vice application pending)*
The Law Office of Jeremy J. Thompson PLLC
5200 Wilson Road, Ste. 150
Edina, MN 55424
Telephone: (952) 952-1883
Email: jeremy@jthompson.law

*Attorneys for Plaintiffs*
STRIKE 3 HOLDINGS, LLC
COUNTERLIFE MEDIA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>    Defendant. | Case Number:<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Strike 3 Holdings, LLC - Plaintiff; financial interest;

(2) Counterlife Media, LLC – Plaintiff; financial interest;

(3) General Media Systems, LLC – owner of Plaintiffs, Strike 3 Holdings, LLC and Counterlife Media, LLC.; financial interest; and

(4) Meta Platforms, Inc. - Defendant; financial interest.

DATED this 23rd day of July, 2025.

Respectfully submitted,

By: /s/ Trey D. Brown
Trey D. Brown (SBN 314469)
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
trey@strike3holdings.com
Tel: (323) 347-4721

Christian W. Waugh (FL SBN 71093) *
WAUGH PLLC
201 E. Pine St., Ste. 315
Orlando, FL 32901
cwaugh@waugh.legal
Tel: (321) 800-6008

Jeremy J. Thompson (MN SBN 402173) *
Law Office of Jeremy J. Thompson PLLC
5200 Wilson Rd., Ste. 150
Edina, MN 55424
jeremy@jthompson.law
Tel: (952) 952-1883

*Attorneys for Plaintiffs,*
STRIKE 3 HOLDINGS, LLC and
COUNTERLIFE MEDIA, LLC

*Pro Hac Vice application pending*