Trey D. Brown (SBN 314469)
In-House Counsel
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
Telephone:     (323) 347-4271
Email:         trey@strike3holdings.com

Christian W. Waugh (FL SBN 71093)
*(pro hac vice application pending)*
WAUGH PLLC
201 E. Pine Street, Ste. 315
Orlando, FL 32801
Telephone:     (321) 800-6008
Email:         cwaugh@waugh.legal

Jeremy J. Thompson (MN SBN 402173)
*(pro hac vice application pending)*
The Law Office of Jeremy J. Thompson PLLC
5200 Wilson Road, Ste. 150
Edina, MN 55424
Telephone:     (952) 952-1883
Email:         jeremy@jthompson.law

*Attorneys for Plaintiffs*
STRIKE 3 HOLDINGS, LLC
COUNTERLIFE MEDIA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>                    Defendant. | Case Number:<br><br>**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Strike 3 Holdings, LLC's parent corporation is General Media Systems, LLC. Strike 3 Holdings, LLC also owns a majority interest in Plaintiff Counterlife Media, LLC. There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

DATED this 23rd day of July, 2025.

Respectfully submitted,

By: */s/ Trey D. Brown*
Trey D. Brown (SBN 314469)
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
*trey@strike3holdings.com*
Tel: (323) 347-4721

Christian W. Waugh (FL SBN 71093) *
WAUGH PLLC
201 E. Pine St., Ste. 315
Orlando, FL 32901
*cwaugh@waugh.legal*
Tel: (321) 800-6008

Jeremy J. Thompson (MN SBN 402173) *
Law Office of Jeremy J. Thompson PLLC
5200 Wilson Rd., Ste. 150
Edina, MN 55424
*jeremy@jthompson.law*
Tel: (952) 952-1883

*Attorneys for Plaintiffs,*
STRIKE 3 HOLDINGS, LLC and
COUNTERLIFE MEDIA, LLC

*Pro Hac Vice application pending*