```
Trey D. Brown (SBN 314469)
In-House Counsel
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
Telephone:      (323) 347-4271
Email:          trey@strike3holdings.com

Christian W. Waugh (FL SBN 71093)
*(pro hac vice application pending)*
WAUGH PLLC
201 E. Pine Street, Ste. 315
Orlando, FL 32801
Telephone:      (321) 800-6008
Email:          cwaugh@waugh.legal

Jeremy J. Thompson (MN SBN 402173)
*(pro hac vice application pending)*
The Law Office of Jeremy J. Thompson PLLC
5200 Wilson Road, Ste. 150
Edina, MN 55424
Telephone:      (952) 952-1883
Email:          jeremy@jthompson.law
```

*Attorneys for Plaintiffs*
STRIKE 3 HOLDINGS, LLC
COUNTERLIFE MEDIA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case Number:<br><br>**MOTION FOR LEAVE TO FILE UNREDACTED VERSIONS OF PLAINTIFFS' COMPLAINT, EXHIBIT B AND EXHIBIT C UNDER SEAL**<br><br>*[filed concurrently with (i) Declaration of Trey D. Brown; and (ii) Proposed Order]* |

Plaintiffs, Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiff" or "Plaintiffs") make this Motion for Leave to File Unredacted Versions of the Complaint, Exhibit B and Exhibit C under seal and state as follows:

1. Plaintiffs are the owners of award-winning, critically acclaimed adult motion pictures ("Works"). Plaintiffs motion pictures are distributed through the *Blacked*, *Tushy*, *Vixen*, *Tushy Raw*, *Blacked Raw*, *MILFY*, *Slayed* and *Deeper* adult websites and DVDs as well as on *Vixen Plus*.

2. Plaintiffs discovered Meta Platforms, Inc. ("Meta") infringing the copyrights to their Works by downloading and distributing Plaintiffs' Works through the BitTorrent protocol.

3. Plaintiffs allege Meta is not only infringing their Works through its corporate owned IP addresses but also through hidden data centers.

4. To support its allegations, Plaintiffs examined all content it recorded across the IP addresses involving BitTorrent activity, including content that is not owned by Plaintiffs. This analysis is contained on its Complaint's Exhibit B and C and details 4,866 transactions over a two-year period. [Declaration of Trey D. Brown ("Brown Decl."), at ¶ 5].

5. Because this analysis may reveal sensitive business information relating to Meta's business practices, Plaintiffs believe it is appropriate to file these exhibits under seal. *See e.g. Doe v. Meta Platforms, Inc.*, 2022 WL 17970394, at *3 (N.D. Cal. Dec. 21, 2022).

6. Additionally, Plaintiffs' Complaint alleges that at least one Meta employee has infringed its Works from his home residential IP Address at the direction of Meta. Plaintiffs are sensitive to Defendant's employee's potential privacy concerns and therefore have redacted Defendant's employee's name and factual identifying information which directly links the employee to some of the alleged infringement in this case.

7. Accordingly, Plaintiffs respectfully request entry of an order permitting Plaintiffs to file the following documents under seal: (1) an unredacted version of its Complaint; (2) an unredacted Exhibit B; and (3) an unredacted Exhibit C.[1]

8. None of the parties would be prejudiced by the granting of this request.

9. Because Defendant has not yet been served in this matter, Plaintiffs were unable to confer with Defendant regarding the relief requested herein. Brown Decl., ¶ 7.

WHEREFORE, Plaintiffs respectfully request entry of an order permitting Plaintiffs to file unredacted versions of its Complaint, Exhibit B and Exhibit C under seal. A proposed order is attached for the Court's convenience.

DATED this 23rd day of July, 2025.

Respectfully submitted,

By:  /s/ Trey D. Brown
Trey D. Brown (SBN 314469)
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
trey@strike3holdings.com
Tel: (323) 347-4721

Christian W. Waugh (FL SBN 71093) *
WAUGH PLLC
201 E. Pine St., Ste. 315
Orlando, FL 32901
cwaugh@waugh.legal
Tel: (321) 800-6008

Jeremy J. Thompson (MN SBN 402173) *
Law Office of Jeremy J. Thompson PLLC
5200 Wilson Rd., Ste. 150
Edina, MN 55424
jeremy@jthompson.law
Tel: (952) 952-1883

*Attorneys for Plaintiffs,*
STRIKE 3 HOLDINGS, LLC and
COUNTERLIFE MEDIA, LLC

*Pro Hac Vice application pending*

---

[1] A redacted Complaint and exhibits will be filed on the public docket.