Trey D. Brown (SBN 314469)
In-House Counsel
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
Telephone:       (323) 347-4271
Email:            trey@strike3holdings.com

Christian W. Waugh (FL SBN 71093)
*(pro hac vice application pending)*
WAUGH PLLC
201 E. Pine Street, Ste. 315
Orlando, FL 32801
Telephone:       (321) 800-6008
Email:            cwaugh@waugh.legal

Jeremy J. Thompson (MN SBN 402173)
*(pro hac vice application pending)*
The Law Office of Jeremy J. Thompson PLLC
5200 Wilson Road, Ste. 150
Edina, MN 55424
Telephone:       (952) 952-1883
Email:            jeremy@jthompson.law


*Attorneys for Plaintiffs*
STRIKE 3 HOLDINGS, LLC
COUNTERLIFE MEDIA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case Number: <br><br> **DECLARATION OF TREY BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE UNREDACTED VERSIONS OF THE COMPLAINT, EXHIBIT B AND EXHIBIT C UNDER SEAL** |

I, Trey Brown, declare as follows:

1

Declaration of Trey Brown in Support of Plaintiffs' Motion for Leave to file Unredacted Versions of its Complaint, Exhibit B and Exhibit C Under Seal

1.      I am over the age of 18 and am otherwise competent to make this declaration. I am an attorney duly licensed and authorized to practice in the State of California and I am counsel for Plaintiffs Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiff" or "Plaintiffs") in the above-titled action.

2.      I offer this declaration in support of Plaintiffs' Motion for Leave to File Unredacted Versions of the Complaint, Exhibit B, and Exhibit C Under Seal. This declaration is based on my personal knowledge and, if called upon to do so, I could and would testify that the facts stated herein are true and accurate.

3.      Plaintiffs have filed the instant lawsuit against Meta Platforms, Inc. ("Meta") for infringing the copyrights to their Works by downloading and distributing Plaintiffs' Works through the BitTorrent protocol.

4.      Plaintiffs allege Meta is not only infringing their Works through its corporate owned IP addresses but also through hidden data centers.

5.      To support their allegations, Plaintiffs examined all content they recorded across the IP addresses involving BitTorrent activity, including content that is not owned by Plaintiffs. This analysis is contained in the Complaint's Exhibits B and C and details 4,866 transactions over a two-year period.

6.      Because this analysis may reveal sensitive business information relating to Meta's business practices, Plaintiffs believe it is appropriate to file these exhibits under seal.

7.      Because Defendant has not yet been served in this matter, I was unable to confer with Defendant regarding the relief requested in this application.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is, to the best of my knowledge, true and correct.

Executed on this this 23rd day of July, 2025.

**Strike 3 Holdings, LLC**

*s/ Trey D. Brown*
Trey D. Brown, Esq.

2