UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC.,<br>a Delaware corporation,<br><br>Defendant. | Case Number:<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE UNREDACTED VERSIONS OF PLAINTIFFS' COMPLAINT, EXHIBIT B AND EXHIBIT C UNDER SEAL** |

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to File Unredacted Versions of the Complaint, Exhibit B and Exhibit C Under Seal, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:   Plaintiff's Application is granted.   Plaintiff may file unredacted versions of its First Amended Complaint, proposed summons, and return of service under seal.

SO ORDERED this _____ day of _____, 202__.

_____
**UNITED STATES DISTRICT JUDGE**