# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

JEREMY JOHN THOMPSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

December 15, 2020

Given under my hand and seal of this court on

December 04, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration

