UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, et al., <br> Plaintiffs, <br> v. <br> META PLATFORMS, INC., <br> Defendant. | Case No. 4:25-cv-06213-KAW <br><br> **ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION TO FILE UNDER SEAL REDACTED COMPLAINT AND EXHIBITS** <br><br> Re: Dkt. No. 6 |

On July 23, 2025, Plaintiff filed an administrative motion to seal portions of the complaint and the attached exhibits B and C pursuant to Civil Local Rule 79-5. (Pl.'s Mot., Dkt. No. 6 at 2.) The motion to seal and its proposed order, however, do not comply with the Civil Local Rules. Specifically, the motion does not clearly identify which portions of the complaint are redacted by page and line number, nor is the proposed order in table format as required by Civil Local Rule 79-5(c)(3). Furthermore, Plaintiff removed the redacted information rather than blacking it out, so the pagination does not match the unredacted version.

Accordingly, the administrative motion to seal is DENIED WITHOUT PREJUDICE. Plaintiff shall file an amended motion to seal that fully complies with the Civil Local Rules within 7 days of this order. <u>The failure to timely file an amended motion to seal will result in the unsealing of the unredacted complaint.</u>

IT IS SO ORDERED.

Dated: September 4, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge