CLEARY GOTTLIEB STEEN
& HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
YE EUN CHARLOTTE CHUN (331459)
chchun@cgsh.com
SAMUEL BLANKENSHIP (339905)
sblankenship@cgsh.com
KIMBERLY BITTINGER (359907)
kbittinger@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: +1 (650) 815-4100

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
THOMAS W. YEH (287118)
tyeh@cgsh.com
650 California St., Suite 2400
San Francisco, CA 94108
Telephone: +(415) 796-4400

Attorneys for Defendant
META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 4:25-cv-06213-KAW <br><br> **DEFENDANT META PLATFORMS, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** <br><br> Magistrate Kandis A. Westmore <br> Complaint Filed: July 23, 2025 |

DEFENDANT META PLATFORMS, INC.'S
RULE 7.1 AND CIV. L.R. 3-15 STATEMENT
CASE NO.: 4:25-CV-06213-KAW

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Meta Platforms, Inc. states that it has no parent corporation, and that, to its knowledge, no publicly held corporation owns 10% or more of its stock as of April 17, 2025, the date set forth in its 2025 Proxy Statement.

Further, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: September 16, 2025        CLEARY GOTTLIEB STEEN & HAMILTON LLP


                                 /s/ Angela L. Dunning
                                 Angela L. Dunning

                                 Attorneys for Defendant
                                 META PLATFORMS, INC.

1

DEFENDANT META PLATFORMS, INC.'S
RULE 7.1 AND CIV. L.R. 3-15 STATEMENT
CASE NO.: 4:25-CV-06213-KAW