CLEARY GOTTLIEB STEEN
& HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
YE EUN CHARLOTTE CHUN (331459)
chchun@cgsh.com
SAMUEL BLANKENSHIP (339905)
sblankenship@cgsh.com
KIMBERLY BITTINGER (359907)
kbittinger@cgsh.com
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Telephone: +1 (650) 815-4100

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
THOMAS W. YEH (287118)
tyeh@cgsh.com
650 California St., Suite 2400
San Francisco, CA 94108
Telephone: +(415) 796-4400

Attorney for Defendant
META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:25-cv-06213-KAW<br><br>**STIPULATION REGARDING DEFENDANT META PLATFORMS, INC.'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Magistrate Kandis A. Westmore |

WHEREAS, on July 23, 2025, plaintiffs Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiffs") filed this action against Meta Platforms, Inc. ("Defendant");

WHEREAS, Defendant's response to the Complaint is currently due on September 26, 2025 (Dkt. 17);

WHEREAS, the parties have conferred and agreed to a 30-day extension of the deadline for Defendant to answer or otherwise respond to the Complaint;

WHEREAS, an extension of the deadline to respond to the Complaint will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, no requests for an extension of time have previously been made in this matter; and

WHEREAS, Defendant does not waive, and expressly reserves, all available defenses.

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree, pursuant to Civ. L.R. 6-1, that Defendant's deadline to respond to the Complaint is extended by 30 days to and including October 27, 2025.

**IT IS SO STIPULATED.**

Dated: September 15, 2025              WAUGH PLLC

                                       */s/ Christian W. Waugh*
                                       Christian W. Waugh

                                       Attorneys for Plaintiffs STRIKE 3 HOLDINGS, LLC and
                                       COUNTERLIFE MEDIA, LLC


Dated: September 16, 2025              CLEARY GOTTLIEB STEEN & HAMILTON LLP


                                       */s/ Angela L. Dunning*
                                       Angela L. Dunning

                                       Attorneys for Defendant
                                       META PLATFORMS, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2025     CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Angela L. Dunning*
Angela L. Dunning

Attorney for Defendant
META PLATFORMS, INC.