1

2

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
YE EUN CHARLOTTE CHUN (331459)
chchun@cgsh.com
KIMBERLY BITTINGER (359907)
kbittinger@cgsh.com
1841 Page Mill Rd, Suite 250
Palo Alto, CA 94304
Telephone: +1 (650) 815-4100

3

4

5

6

7

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
THOMAS W. YEH (287118)
tyeh@cgsh.com
650 California St., Suite 2400
San Francisco, CA 94108
Telephone: +1 (415) 796-4400

8

9

10

11

Attorneys for Defendant
META PLATFORMS, INC.

12

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

**SAN JOSE DIVISION**

16

17

18

19

STRIKE 3 HOLDINGS, LLC, a Delaware
limited liability company, and COUNTERLIFE
MEDIA, LLC, a Delaware limited liability
company,

Plaintiffs,

20

v.

21

22

META PLATFORMS, INC., a Delaware
corporation,

Defendant.

23

Case No. 5:25-cv-06213-EKL

**DECLARATION OF ANGELA DUNNING IN
SUPPORT OF DEFENDANT META PLATFORMS,
INC.'S MOTION TO DISMISS PLAINTIFFS'
COMPLAINT FOR COPYRIGHT
INFRINGEMENT**

Date:   January 21, 2026
Time:   10:00 a.m.
Ctrm:   7

Judge: Hon. Eumi K. Lee

24

25

26

27

28

I, Angela L. Dunning, declare as follows:

1.      I am a partner of the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Meta Platforms, Inc., Defendant in this case.  I make this declaration in support of Defendant's Motion to Dismiss Plaintiffs' Complaint for Copyright Infringement (the "Motion") and the accompanying Request for Consideration of Documents Incorporated by Reference and Subject to Judicial Notice.

2.      Attached as **Exhibit 1** is a true and correct copy of Meta Platform, Inc.'s (formerly Facebook, Inc.) Annual Form 10-K filed with the Securities and Exchange Commission for the fiscal year ended December 31, 2018.  The submission itself is available on SEC's public EDGAR database   at:   https://www.sec.gov/Archives/edgar/data/0001326801/000132680119000009/00013 26801-19-000009-index.html.

3.      Attached as **Exhibit 2** is a true and correct copy of Meta Platform, Inc.'s Annual Form 10-K filed with the Securities and Exchange Commission for the fiscal year ended December 31, 2024.   The submission itself is available on SEC's public EDGAR database at: https://www.sec.gov/Archives/edgar/data/0001326801/000132680125000017/0001326801-25-000017-index.html.

4.      Attached as **Exhibit 3** is a true and correct copy of the research paper titled "Ego4D: Around the World in 3,000 Hours of Egocentric Video," published by Meta AI Research (formerly Facebook AI Research) and academic collaborators on March 11, 2022, publicly available at https://arxiv.org/abs/2110.07058.

5.      Attached as **Exhibit 4** is a true and correct copy of Meta AI's Terms of Service, last updated July 1, 2025 and publicly available at https://www.facebook.com/legal/ai-terms.

6.      Attached as **Exhibit 5** is a true and correct copy of a spreadsheet reflecting the information in Plaintiffs' Exhibit F to the Complaint, sorted chronologically rather than by Work.

7.      Attached as **Exhibit 6** is a true and correct copy of a document produced by Meta with the first Bates Number Meta_Kadrey_00128310, originally filed under seal as Ex. 88 to Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment, *Kadrey et al. v. Meta Platforms, Inc*., Case No. 3:23-cv-03417-VC (N.D. Cal. Mar. 10, 2025) (Dkt. No. 472-91)

- 1 -

1    (hereinafter, "*Kadrey*").   The exhibited copy was later filed with the Declaration of Michelle

2    Woodhouse ISO Plaintiffs' Administrative Motions to Consider Whether Another Party's Material

3    Should be Sealed, *Kadrey* (N.D. Cal. Apr. 25, 2025) (Dkt. No. 568-9).

4          8.     Attached as **Exhibit 7** is a true and correct copy of excerpts from the transcript of

5    the Rule 30(b)(6) deposition of Meta, by and through its corporate designee, Michael Clark, taken

6    December 19, 2024.  The exhibited copy was originally filed in support of the Declaration of Bobby

7    Ghajar in Support of Defendant Meta Platforms, Inc.'s: (1) Notice of Motion and Motion for Partial

8    Summary Judgment; and (2) Opposition to Plaintiffs' Motion for Partial Summary Judgment,

9    *Kadrey* (N.D. Cal. March 24, 2025) (Dkt No. 490-37).

10        I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

11   27th day of October, 2025, in Palo Alto, California.

12

13                         CLEARY GOTTLIEB STEEN & HAMILTON LLP

14

15                         /s/ Angela L. Dunning

16                         Angela L. Dunning

17                         Attorneys for Defendant
                           META PLATFORMS, INC.

18

19

20

21

22

23

24

25

26

27

28