# EXHIBIT 7

# GHAJAR EXHIBIT 38

Case 3:23-cv-03417-VC   Document 4904-37   Filed 10/27/25   Page 3 of 76

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
                        Highly Confidential - Attorneys' Eyes Only

Page 1

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------

RICHARD KADREY, ET AL.,              )

    Individual and Representative )

                    Plaintiffs,  ) Lead Case No.

         v.                      ) 3:23-cv-03417-VC

META PLATFORMS, INC.,                )

                    Defendant.   )

-------------------------------------

\* \* \* HIGHLY CONFIDENTIAL \* \* \*

\* \* \* ATTORNEYS' EYES ONLY \* \* \*

VIDEO-RECORDED 30(b)(6) DEPOSITION OF

MICHAEL CLARK (torrenting)

MONDAY, MARCH 3, 2025

DENVER, COLORADO

10:20 A.M. MST

REPORTED BY KATHY L. DAVIS, CRR, RMR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC Document 494-37 Filed 03/27/25 Page 43 of 76

3/3/2025      Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 52

```
 1     A     Not that I am aware of.
 2     Q     When did Meta's torrenting of Anna's
 3   Archive end?
 4     A     In conversations with Xiaolan, it was
 5   somewhere between April and June of 2024.  And as far
 6   as I know, those completed in June of 2024.
 7     Q     So Meta began torrenting in April and
 8   completed its torrenting in June?
 9     A     For the work that Xiaolan was doing, yes.
10     Q     So it was two months of torrenting --
11           MR. WEINSTEIN:  Object.  Object to form.
12     Q     (BY MS. POUEYMIROU)  -- or thereabouts?
13     A     It was -- the job would be started and
14   then other pieces, so two months.
15     Q     How many computers?
16     A     There were -- I'd have to refresh my
17   conversation with Xiaolan.  If I'm remembering
18   correct, it was six VPCs that were configured, but I
19   believe that is also reflected in the expert report
20   that I can go look at as well.
21     Q     So six computers running in parallel were
22   torrenting data from Anna's Archive?
23     A     Six machines were configured in order to
24   be able to tur -- to torrent.  They were not always
25   running in parallel.
```

Case 3:23-cv-03417-VC   Document 494-37   Filed 03/27/25   Page 54 of 76

3/3/2025            Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

Page 93

1    Q    (BY MS. POUEYMIROU)  And to clarify,
2  Mr. Bashlykov was not involved in the torrenting of
3  Anna's Archive; is that right?
4    A    To the best of my knowledge,
5  Mr. Bashlykov shared the script that he had used but
6  was not involved in the torrenting.
7    Q    And so we've talked about Anna's Archive,
8  which encompasses Z-Lib -- or Z-Library, Internet
9  Archive, LibGen with respect to torrenting.  Has Meta
10 torrented other data in this case for training data?
11   A    Not that I'm aware of.
12   Q    So it only has used BitTorrent for what I
13 will call shadow libraries?
14        MR. WEINSTEIN:  Object to form.
15   A    Could you define that term for me.
16   Q    (BY MS. POUEYMIROU)  A shadow library?
17   A    Yeah.
18   Q    We will look at a document where Meta
19 defines it in a second.
20        MS. POUEYMIROU:  Is this Exhibit 8?
21        THE REPORTER:  (Nodded.)
22        MS. POUEYMIROU:  Okay.  Thank you.
23        (Clark Exhibit 8, marked for
24        identification.)
25   Q    (BY MS. POUEYMIROU)  This is Meta

Case 3:23-cv-03417-VC  Document 494-37  Filed 03/27/25  Page 65 of 76

3/3/2025      Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 121

```
 1   or Facebook?
 2        A     That's a little -- that's a misstatement
 3   of what I -- I -- it would be details about Meta's
 4   internal infrastructure and IP addresses and any
 5   other potential information that might be shared in
 6   any of the header details, not just that it's a Meta
 7   or Facebook IP.
 8        Q     But you're unable to identify any of the
 9   information beyond the Meta IP address that would be
10   shared?
11        A     The internal Meta IP address --
12        Q     Okay.
13        A     -- and any other internal details --
14        Q     Okay.
15        A     -- not just the external.  Those are --
16   those are different.
17        Q     And so at this point in time, April 2024,
18   Mr. Bashlykov's scripts for seeding already exists?
19        A     That's correct.
20              MR. WEINSTEIN:  Object to form.
21        Q     (BY MS. POUEYMIROU)   Right?
22        A     (Deponent nodded.)
23        Q     So why are they still worried about this
24   risk?
25              MR. WEINSTEIN:  Object to form, calls for
```

Case 3:25-cv-03384-EKL   Document 34-37   Filed 10/27/25   Page 7 of 7

3/3/2025           Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                             Highly Confidential - Attorneys' Eyes Only

Page 133

```
 1   STATE OF COLORADO    )
 2                        )ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER     )
```

4       I, Kathy L. Davis, do hereby certify that I am a
5   Registered Professional Reporter within the State of
6   Colorado; that previous to the commencement of the
7   examination, the deponent was duly sworn to testify
8   to the truth.

9       I further certify that this deposition was taken
10  in shorthand by me at the time and place herein set
11  forth, that it was thereafter reduced to typewritten
12  form, and that the foregoing constitutes a true and
13  correct transcript.

14      I further certify that I am not related to,
15  employed by, nor of counsel for any of the parties or
16  attorneys herein, nor otherwise interested in the
17  result of the within action.

18      In witness whereof, I have affixed my signature
19  this 4th day of March, 2025.

20
21
22
23
24                         *Kathy L. Davis*
25                    Kathy L. Davis
                  Certified Realtime Reporter