| | |
|---|---|
| 1 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | ANGELA L. DUNNING (212047) |
|   | adunning@cgsh.com |
| 3 | YE EUN CHARLOTTE CHUN (331459) |
|   | chchun@cgsh.com |
| 4 | SAMUEL BLANKENSHIP (339905) |
|   | sblankenship@cgsh.com |
| 5 | KIMBERLY BITTINGER (359907) |
|   | kbittinger@cgsh.com |
| 6 | 1841 Page Mill Rd Suite 250 |
|   | Palo Alto, CA 94304 |
| 7 | Telephone: +1 (650) 815-4100 |
| 8 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 9 | THOMAS W. YEH (287118) |
|   | tyeh@cgsh.com |
| 10 | 650 California St., Suite 2400 |
|    | San Francisco, CA 94108 |
| 11 | Telephone: +1 (415) 796-4400 |
| 12 | Attorney for Defendant |
|    | META PLATFORMS, INC. |
| 13 | |
|    | [*Additional counsel on signature page*] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25-cv-06213-EKL<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING ON DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: January 21, 2026<br>Time: 10:00 a.m.<br>Ctrm: 7<br><br>Initial CMC (Current): January 21, 2026<br>Initial CMC (Proposed): February 11, 2026<br><br>Judge: Hon. Eumi K. Lee |

1 | Pursuant to N.D. Cal. Local Rules 6-2 and 7-12, plaintiffs Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiffs") and Meta Platforms, Inc. ("Defendant") respectfully submit this Joint Stipulation and [Proposed Order] as follows.  This Stipulation is accompanied by the declaration required under Civ. L.R. 6-2.

WHEREAS, Plaintiffs and Defendant previously filed a stipulation extending Defendant's deadline to respond to the Complaint by thirty (30) days to and including October 27, 2025 (Dkt. 26);

WHEREAS, Plaintiffs and Defendant met and conferred about Defendant's intent to file a Motion to Dismiss and reached an impasse, and therefore Defendant anticipates filing a Motion to Dismiss on October 27, 2025;

WHEREAS, pursuant to Civ. L.R. 7-3(a), Plaintiffs' deadline to file an Opposition to Defendant's Motion to Dismiss is November 10, 2025;

WHEREAS, pursuant to Civ. L.R. 7-3(c), Defendant's deadline to file a Reply to Plaintiffs' Opposition is November 17, 2025;

WHEREAS, the parties have conferred and agreed to extend Defendant's deadline to file a Reply to Plaintiffs' Opposition by three (3) days to and including November 20, 2025;

WHEREAS, the parties have contacted the Court's Courtroom Deputy to reserve a hearing date on January 21, 2026, the first available date reflected in the Court's calendar;

WHEREAS, on September 19, 2025 the Court issued an order setting the initial case management conference ("CMC") for January 21, 2026 (Dkt. 31); and

WHEREAS, the parties have conferred and agreed, pursuant to Section VI of the Court's Standing Order for Civil Cases, to move the initial CMC to February 11, 2026, twenty-one (21) days after the January 21, 2026 hearing for Defendant's Motion to Dismiss.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, subject to the Court's approval, that:

1. Defendant's deadline to file a Reply in support of its Motion to Dismiss is extended by three (3) days to and including November 20, 2025;

2. The hearing on the Motion to Dismiss shall be held on January 21, 2026 at 10:00

a.m.; and

    **3.**    The initial CMC currently set for January 21, 2026 will be vacated and reset for February 11, 2026 at 1:30 p.m. or such other date thereafter as may be convenient to the Court.

Dated: October 27, 2025        WAUGH PLLC

/s/ Christian W. Waugh
Christian W. Waugh

Attorneys for Plaintiffs STRIKE 3 HOLDINGS, LLC and COUNTERLIFE MEDIA, LLC

Dated: October 27, 2025        CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Angela L. Dunning
Angela L. Dunning

Attorneys for Defendant
META PLATFORMS, INC.

# [PROPOSED] ORDER

Upon review of the foregoing stipulation of the parties, and finding good cause for the same, the Court hereby orders that the case schedule be amended as follows:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Last day for Defendant to file response to the complaint | October 27, 2025 | Unchanged |
| Last day for Plaintiffs to file opposition to Defendant's Motion to Dismiss | November 10, 2025 | Unchanged |
| Last day to file reply in support of Defendant's Motion to Dismiss | November 17, 2025 | November 20, 2025 (three day extension) |
| Hearing on Motion to Dismiss | January 21, 2026 | Unchanged |
| Last day for Rule 26 conference | December 31, 2025 | January 21, 2026 (three-week extension) |
| Parties exchange initial disclosures | January 14, 2026 | February 4, 2026 (three-week extension) |
| Last day to file joint CMC statement | January 14, 2026 | ~~February 4, 2026 (three-week extension)~~ Jan. 28, 2026 |
| Initial CMC | January 21, 2026 | February 11, 2026 (three-week extension) |

**IT IS SO ORDERED.**

Dated: October 28, 2025

_____
EUMI K. LEE
United States District Judge