1
2
3
4
5
6

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
YE EUN CHARLOTTE CHUN (331459)
chchun@cgsh.com
KIMBERLY BITTINGER (359907)
kbittinger@cgsh.com
1841 Page Mill Rd, Suite 250
Palo Alto, CA 94304
Telephone: +1 (650) 815-4100

7
8
9
10

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
THOMAS W. YEH (287118)
tyeh@cgsh.com
650 California St., Suite 2400
San Francisco, CA 94108
Telephone: +1 (415) 796-4400

11

Attorneys for Defendant
META PLATFORMS, INC.

12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 5:25-cv-06213-EKL <br><br> **DECLARATION OF ANGELA DUNNING IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> Date:   January 21, 2026 <br> Time:  10:00 a.m. <br> Ctrm:  7 <br><br> Judge: Hon. Eumi K. Lee |

I, Angela L. Dunning, declare as follows:

1.      I am a partner of the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Meta Platforms, Inc., Defendant in this case.  I make this declaration in support of Defendant's Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Copyright Infringement (the "Motion").

2.      Attached as **Exhibit 8** is a true and correct copy of *New Decision Addresses Meta's Rules on Non-Consensual Deepfake Intimate Images* (Jul. 25, 2025), OVERSIGHT BOARD https://www.oversightboard.com/news/new-decision-addresses-metas-rules-on-non-consensual-deepfake-intimate-images/, cited at page 9 of Plaintiffs' Opposition to Defendant's Request for Judicial Notice and Consideration of Documents, filed by Plaintiffs in this action on November 10, 2025 (Dkt. 38).

3.      Attached as **Exhibit 9** is a true and correct copy of Plaintiff's Complaint for Copyright Infringement in  *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 76.132.71.116*, 5:24-cv-07642, Dkt. 1 (Nov. 4, 2024), cited in ¶ 104 of the Complaint in this case and at pages 9–10 of Plaintiffs' Opposition to Defendant Meta Platform Inc.'s Motion to Dismiss Compliant for Copyright Infringement, filed by Plaintiffs in this action on November 10, 2025 (Dkt. 37).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 20th day of November, 2025, in Palo Alto, California.

CLEARY GOTTLIEB STEEN & HAMILTON LLP


/s/ Angela L. Dunning
Angela L. Dunning

Attorneys for Defendant
META PLATFORMS, INC.