**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case Number: 5:25-cv-06213-EKL<br><br>**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO FILE ANOTHER PARTY'S MATERIAL UNDER SEAL** |

THIS CAUSE came before the Court upon Plaintiff's Administrative Motion to File Another Party's Material Under Seal, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Application is granted. Plaintiff may file an unredacted version of its Complaint under seal.

| Docket No./Public (Sealed) | Document | Portion(s) Sought to Be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. 6-3, 19-1 | Unredacted Complaint | Defendant's employee's name and his father's name at ¶¶104-106 | Meta's employee's privacy interest | |

SO ORDERED this __11th__ day of __February__, 202_6_.

_____
**UNITED STATES DISTRICT JUDGE**