UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 25-cv-06213-EKL<br><br>**CASE MANAGEMENT & SCHEDULING ORDER** |

On March 4, 2026, the parties appeared before Judge Eumi K. Lee for a case management conference. The Court ORDERS as follows:

(1) The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

(2) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(3) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4) The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days prior to the close of fact discovery.

(5) A further case management conference is scheduled for January 27, 2027, at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due fourteen days before the case management conference. The statement need not repeat the information in previous statements.

IT IS FURTHER ORDERED that this case is referred to mediation with the Court's ADR Program. By August 3, 2026, the parties shall hold an initial ADR session with their chosen mediator.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Deadline |
|---|---|
| Initial case management conference held | March 4, 2026 |
| Deadline to request leave to amend pleadings per Fed. R. Civ. P. 15 | June 1, 2026 |
| Deadline to complete initial ADR session | August 3, 2036 |
| Mid-discovery case management statement | August 17, 2026 |
| Further case management conference | January 27, 2027 |
| Close of fact discovery | March 4, 2027 |
| Expert witness disclosure (initial) | Parties to meet and confer and propose date |
| Expert witness disclosure (rebuttal) | Parties to meet and confer and propose date |
| Close of expert discovery | July 2, 2027 |
| Close of briefing on Summary Judgment, *Daubert*, and Class Certification | September 10, 2027 |
| Last day to hear dispositive and *Daubert* motions[1] | October 8, 2027 at 10am |
| Pretrial conference | January 5, 2028 at 2:30pm |

---

[1] Briefing on dispositive and related *Daubert* motions must close at least 28 days before the hearing date.

| Event | Deadline |
|---|---|
| Jury Trial | February 7, 2028 at 9:00am |

//

The parties may not modify these dates without leave of court.  Civil L.R. 6-1(b); Fed. R. Civ. P. 16(b)(4).

**IT IS SO ORDERED.**

Dated: March 4, 2026

                                                                                     _____
                                                                                     Eumi K. Lee
                                                                                     United States District Judge