CLEARY GOTTLIEB STEEN
& HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
YE EUN CHARLOTTE CHUN (331459)
chchun@cgsh.com
SAMUEL BLANKENSHIP (339905)
sblankenship@cgsh.com
KIMBERLY BITTINGER (359907)
kbittinger@cgsh.com
1841 Page Mill Rd, Suite 250
Palo Alto, CA 94304
Telephone: +1 (650) 815-4100

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
THOMAS W. YEH (287118)
tyeh@cgsh.com
650 California St., Suite 2400
San Francisco, CA 94108
Telephone: +1 (415) 796-4400

Attorneys for Defendant
META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25-cv-06213-EKL<br><br>**ADMINISTRATIVE MOTION SEEKING LEAVE OF COURT TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Eumi K. Lee |

Pursuant to Civil Local Rules 7-3(d)(2) and 7-11, Defendant Meta Platforms, Inc. ("Meta") respectfully seeks the Court's leave to file a Statement of Recent Decision concerning the United States Supreme Court's March 25, 2026 decision in *Cox Communications, Inc. v. Sony Music Entertainment*, No. 24-171. Meta's proposed Statement of Recent Decision is attached hereto as **Exhibit 1**.

Meta spoke with counsel for Plaintiffs Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiffs") to determine whether Plaintiffs would consent to Meta's filing a Statement of Recent Decision concerning the *Cox* decision, and Plaintiffs' counsel confirmed that they do not oppose. *See* Civ. L.R. 7-11(a).

Under Local Rule 7-3(d)(2), parties may "bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision" before the noticed hearing date. Because Meta's motion was heard on February 11, 20256, but its Motion to Dismiss remains pending, Meta respectfully seeks leave under L.R. 7-3(d) to file the attached Statement of Recent Decision.

Leave is warranted because the Supreme Court's decision in *Cox* is directly relevant to Meta's pending Motion to Dismiss. That Motion seeks, among other things, dismissal of Plaintiffs' claim for contributory copyright infringement, which is premised, in part, on allegations that "Meta knowingly and materially contributes to … infringement by its agents, employees and contractors by … providing access to its servers, data centers, IP addresses, computers, networks, accounts, and other tools to facilitate the infringement." (ECF No. 1 ¶ 165.) Under the new standard announced in *Cox*, to establish liability for contributory infringement, a plaintiff must show that a service "provider intended its service to be used for infringement," which "can be shown only if the party induced the infringement or the provided service is tailored to that infringement." Slip Op. at 7, 607 U.S. __ (Mar. 25, 2026). This standard had not been announced at the time of the hearing on Meta's Motion to Dismiss, and thus Meta has not had an opportunity to brief its effect in this case.

For these reasons, Meta respectfully requests that the Court grant Meta leave to file the attached Statement of Recent Decision. Meta also requests an opportunity to submit supplemental

briefing addressing the application of *Cox* to its pending Motion should the Court find it helpful.

Dated: March 26, 2026         CLEARY GOTTLIEB STEEN & HAMILTON LLP


                                    /s/ *Angela L. Dunning*
                                    Angela L. Dunning

                                    Attorneys for Defendant
                                    META PLATFORMS, INC.

**ADMIN. MOTION SEEKING LEAVE TO FILE
STATEMENT OF RECENT DECISION
CASE NO.: 5:25-CV-06213-EKL**