Trey D. Brown (SBN 314469)
In-House Counsel
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
Telephone:     (323) 347-4271
Email: trey@strike3holdings.com

Christian W. Waugh (FL SBN 71093)
WAUGH PLLC
201 E. Pine Street, Ste. 315
Orlando, FL 32801
Telephone:     (321) 800-6008
Email: cwaugh@waugh.legal

Jeremy J. Thompson (MN SBN 402173)
The Law Office of Jeremy J. Thompson PLLC
5200 Wilson Road, Ste. 150
Edina, MN 55424
Telephone:     (952) 952-1883
Email: jeremy@jthompson.law

Lincoln D. Bandlow, Esq. (CA #170449)
Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Telephone:     (310) 556-9680
Email: Lincoln@BandlowLaw.com

Brian S. Ginter (SBN 265786)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071
E-mail:  bginter@bwslaw.com
Tel: (213) 236-0600

Attorneys for Plaintiffs
STRIKE 3 HOLDINGS, LLC
COUNTERLIFE MEDIA, LLC

[*Counsel for Defendant on Signature Page*]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO**

1

STIPULATION AND [PROPOSED ORDER] AMENDING SCHEDULING ORDER
Case No.: 5:25-cv-06213-EKL

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company, | Case Number: 5:25-cv-06213-EKL |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER TO EXTEND PLAINTIFFS' DEADLINE TO SEEK LEAVE TO AMEND** |
| vs. | |
| META PLATFORMS, INC., a Delaware corporation, | |
| Defendant. | Judge: Hon. Eumi K. Lee |

Pursuant to N.D. Cal. Local Rules 6-2 and 7-12, Plaintiffs Strike 3 Holdings, LLC and Counterlife Media, LLC and Defendant Meta Platforms, Inc. respectfully submit this Joint Stipulation and Proposed Order as follows. This Stipulation is accompanied by the declaration required under Civ. L.R. 6-2.

WHEREAS, on July 23, 2025, Plaintiffs filed a Complaint against Meta for direct and secondary infringement of their copyrights (D.E. 1);

WHEREAS, Defendant filed a Motion to Dismiss that Complaint on October 27, 2025 (D.E. 34);

WHEREAS, the Motion to Dismiss was heard by the Court on February 11, 2026 and remains pending;

WHEREAS, pursuant to the Court's current Case Management and Scheduling Order, the deadline to request leave to amend pleadings per Fed. R. Civ. P. 15 is set for June 1, 2026 (D.E. 52 ("Scheduling Order"));

WHEREAS, the parties have met and conferred and agree that good cause exists to postpone that deadline by 30 days, to and including July 1, 2026, or such other date as the Court may order, insofar as it would be inefficient and waste both Court and party resources for Plaintiffs to seek leave to amend or to file an amended complaint now, while the Motion to Dismiss the original complaint remains pending and discovery is in its earliest stages.

WHEREAS, the parties have not requested any other modification to the Scheduling Order, and the relief stipulated to herein will not affect any other deadline in the Scheduling Order.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, subject to the Court's approval, that:

1.    The deadline for Plaintiffs to request leave to amend pleadings per Fed. R. Civ. P. 15, as set forth in the Scheduling Order, is extended to July 1, 2026;

2.    All other deadlines in the Scheduling Order remain unchanged;

3.    Defendant reserves all arguments and defenses as to any future request for leave to amend and any future amended pleading that Plaintiffs may file.

IT IS SO STIPULATED.

Dated: June 1, 2026                    WAUGH PLLC

                                       /s/ Christian W. Waugh
                                       Christian W. Waugh

                                       Attorneys for Plaintiffs STRIKE 3
                                       HOLDINGS, LLC and COUNTERLIFE
                                       MEDIA, LLC

3

STIPULATION AND [PROPOSED ORDER] AMENDING SCHEDULING ORDER
Case No.: 5:25-cv-06213-EKL

Dated: June 1, 2026_

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Angela L. Dunning
Angela L. Dunning

ANGELA L. DUNNING (212047)
adunning@cgsh.com
SAM BLANKENSHIP (339905)
chchun@cgsh.com
KIMBERLY BITTINGER (359907)
kbittinger@cgsh.com
1841 Page Mill Rd, Suite 250
Palo Alto, CA 94304
Telephone: +1 (650) 815-4100

THOMAS W. YEH (287118)
tyeh@cgsh.com
650 California St., Suite 2400
San Francisco, CA 94108
Telephone: +1 (415) 796-4400
Attorneys for Defendant
META PLATFORMS, INC.

Attorneys for Defendant
META PLATFORMS, INC.

4

## [PROPOSED] ORDER

Upon review of the foregoing stipulation of the parties, and finding good cause for the same, the Court hereby orders that the Case Management and Scheduling Order be amended as follows:

| EVENT | CURRENT DATE/DEADLINE | NEW DATE/DEADLINE |
|---|---|---|
| Deadline to request leave to amend pleadings per Fed. R. Civ. P. 15 | June 1, 2026 | July 1, 2026 |
| Deadline to complete initial ADR session | August 3, 2026* | Unchanged *Correcting scrivener error |
| Mid-discovery case management statement | August 17, 2026 | Unchanged |
| Further case management conference | January 27, 2027 | Unchanged |
| Close of fact discovery | March 4, 2027 | Unchanged |
| Expert witness disclosure (initial) | Parties to meet and confer and propose date | Unchanged |
| Expert witness disclosure (rebuttal) | Parties to meet and confer and propose date | Unchanged |
| Close of expert discovery | July 2, 2027 | Unchanged |
| Close of briefing on Summary Judgment, *Daubert*, and Class Certification | September 10, 2027 | Unchanged |
| Last day to hear dispositive and Daubert motions | October 8, 2027 at 10am | Unchanged |
| Pretrial conference | January 5, 2028 at 2:30pm | Unchanged |
| Jury Trial | February 7, 2028 at 9:00am | Unchanged |

/ / /

5

STIPULATION AND [PROPOSED ORDER] AMENDING SCHEDULING ORDER
Case No.: 5:25-cv-06213-EKL

**IT IS SO ORDERED.**

Dated: _____    _____

EUMI K. LEE
United States District Judge

6

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2026                         WAUGH PLLC


                                            /s/ Christian W. Waugh
                                            Christian W. Waugh

                                            Attorneys for Plaintiffs STRIKE 3
                                            HOLDINGS, LLC and COUNTERLIFE
                                            MEDIA, LLC

7