Trey D. Brown (SBN 314469)
In-House Counsel
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
Telephone:    (323) 347-4271
Email: trey@strike3holdings.com

Christian W. Waugh (FL SBN 71093)
WAUGH PLLC
201 E. Pine Street, Ste. 315
Orlando, FL 32801
Telephone:    (321) 800-6008
Email: cwaugh@waugh.legal

Jeremy J. Thompson (MN SBN 402173)
The Law Office of Jeremy J. Thompson PLLC
5200 Wilson Road, Ste. 150
Edina, MN 55424
Telephone:    (952) 952-1883
Email: jeremy@jthompson.law

Lincoln D. Bandlow, Esq. (CA #170449)
Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Telephone:    (310) 556-9680
Email: Lincoln@BandlowLaw.com

Brian S. Ginter (SBN 265786)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071
E-mail:  bginter@bwslaw.com
Tel: (213) 236-0600

Attorneys for Plaintiffs
STRIKE 3 HOLDINGS, LLC
COUNTERLIFE MEDIA, LLC

[*Counsel for Defendant on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

1

STIPULATION AND [PROPOSED ORDER] RE: LEAVE TO FILE FIRST AMENDED
COMPLAINT

Case No.: 5:25-cv-06213-EKL

STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,

     Plaintiffs,

vs.

META PLATFORMS, INC., a Delaware corporation,

     Defendant.

Case Number: 5:25-cv-06213-EKL

**JOINT STIPULATION AND [PROPOSED] ORDER RE: LEAVE TO FILE FIRST AMENDED COMPLAINT**

Judge: Hon. Eumi K. Lee

Pursuant to N.D. Cal. Civil Local Rule 7-12, Plaintiffs Strike 3 Holdings, LLC ("Strike 3") and Counterlife Media, LLC ("Counterlife") (together "Plaintiffs"); and Defendant Meta Platforms Inc. ("Meta" or "Defendant") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel, stipulate to the following:

1.     On July 23, 2025, Plaintiffs filed a Complaint against Meta for direct and secondary infringement of their copyrights (D.E. 1).

2.     On October 27, 2025, Defendant filed a Motion to Dismiss the Complaint (D.E. 34).

3.     On June 1, 2026, while the Motion to Dismiss was still pending, the Parties stipulated to extend Plaintiffs' time to move for leave to amend their Complaint until July 1, 2026 (D.E. 58).

4.     On June 2, 2026, the Court granted the stipulation (D.E. 59).

5.     On June 11, 2026, the Court denied Defendant's Motion to Dismiss (D.E. 61).

6.     The Parties have met and conferred and agree that Plaintiffs should have leave to file a First Amended Complaint and Exhibits ("Amended Complaint") with the following limited changes: (1) adding allegations of infringements of their motion pictures ("Works") that occurred after the initial filing of the Complaint; (2) removing one previous allegation of infringement; and (3) making minor edits to the initial Complaint.

7.     Defendant has reviewed Plaintiffs' proposed Amended Complaint and Exhibits and agrees to stipulate that Plaintiffs should have leave to file the Amended Complaint.

2

STIPULATION AND [PROPOSED ORDER] RE: LEAVE TO FILE FIRST AMENDED COMPLAINT

Case No.: 5:25-cv-06213-EKL

8.    Defendant reserves all rights and defenses with respect to the allegations in the Amended Complaint and Exhibits thereto.

9.    Pursuant to the Court's Standing Order for Civil Cases, Plaintiffs are concurrently filing a redlined version of the Amended Complaint with highlighted amended exhibits showing the proposed changes made from the previously filed Complaint and Exhibits.  *See*  Exhibits A – J.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, subject to the Court's approval, that:

1.    Plaintiffs are granted leave to file their First Amended Complaint and Exhibits.

2.    Defendant reserves all rights and defenses to Plaintiffs' First Amended Complaint and Exhibits.

IT IS SO STIPULATED.

[*SIGNATURES ON THE FOLLOWING PAGE*]

Dated: July 1, 2026                    WAUGH PLLC

/s/ Christian W. Waugh
Christian W. Waugh

Attorneys    for    Plaintiffs    STRIKE    3
HOLDINGS, LLC  and  COUNTERLIFE
MEDIA, LLC

3

Dated: July 1, 2026

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Angela L. Dunning
Angela L. Dunning

Attorneys for Defendant
META PLATFORMS, INC.

STIPULATION AND [PROPOSED ORDER] RE: LEAVE TO FILE FIRST AMENDED COMPLAINT

Case No.: 5:25-cv-06213-EKL

## [PROPOSED] ORDER

Upon review of the foregoing stipulation of the parties, and finding that the stipulation is consistent with the written consent required under Federal Rule of Civil Procedure 15(a)(2), Plaintiffs shall file their First Amended Complaint and exhibits in a manner consistent with this Court's Standing Order for Civil Cases no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: _____        _____

EUMI K. LEE
United States District Judge

STIPULATION AND [PROPOSED ORDER] RE: LEAVE TO FILE FIRST AMENDED COMPLAINT

Case No.: 5:25-cv-06213-EKL

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2026                              WAUGH PLLC


                                                 /s/ Christian W. Waugh
                                                 Christian W. Waugh

                                                 Attorneys for Plaintiffs STRIKE 3
                                                 HOLDINGS, LLC and COUNTERLIFE
                                                 MEDIA, LLC

STIPULATION AND [PROPOSED ORDER] RE: LEAVE TO FILE FIRST AMENDED COMPLAINT

Case No.: 5:25-cv-06213-EKL