# EXHIBIT A

[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,

Plaintiff,

vs.

META PLATFORMS, INC., a Delaware corporation,

Defendant.

Case Number: 5:25-cv-06213-EKL

**DECLARATION OF EMILIE KENNEDY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12, 7-11)**

Judge Eumi K. Lee

[N.D. Cal. Civil L.R. 3-12 & 7-11]

I, Emilie Kennedy, declare:

1. I am an attorney licensed to practice law in the State of Florida and in the State of California as registered in-house counsel. I am General Counsel for General Media Systems, LLC the parent company of Strike 3 Holdings, LLC as well as General Counsel for Strike 3 Holdings, LLC. I am personally familiar with, and, if called upon, could and would testify to the facts contained herein from my personal knowledge.

2. On March 24, 2026, Strike 3 filed the complaint in *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 162.192.7.34*, 26-2578-VKD (N.D. Cal.) against an individual known only by his IP address who we detected infringed (and continues to do so) dozens of our motion pictures over the course of several months.

3. Because we only knew the subscriber's IP address and not his actual identity, we filed an *Ex Parte Application for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference* which Judge DeMarchi granted on April 15, 2026. (ECF No. 9). We then promptly served a subpoena on the John Doe's Internet service provider, AT&T, to obtain his identity and AT&T responded to the subpoena.

4. After conducting an investigation, we learned that the defendant is an executive with Meta Platforms, Inc., in the Reality Labs division.

5. Specifically, the John Doe Subscriber is [redacted] who is the [redacted] for Reality Labs. He resides at [redacted].

6. His LinkedIn profile shows he has been employed by Facebook / Meta for over a decade. *See* [redacted].

7. Although the infringement emanated from John Doe's residential IP address, most notably, his infringement began the very same day that I first notified Meta of the infringement happening on their corporate IP Addresses.

8. On March 20, 2025, I emailed Meta for the first time to notify it of the infringement of Strike 3's motion pictures through Meta's corporate IP addresses. I included several of Meta's outside copyright litigation counsel as well as in-house counsel on the email and provided forensic evidence of the infringement. *See* Exhibit 1. I sent the email at 10:46 a.m. PT.

9. At 1:05 p.m. PT, on March 20, 2025, Strike 3 first recorded BitTorrent infringement on John Doe's residential IP Address 162.192.7.34.

10. Although Counterlife was not an original Plaintiff to the *Strike 3 John Doe Case*, we have recorded infringement of Counterlife's motion pictures by John Doe.

11. We also logged BitTorrent network activity emanating from the John Doe's IP address involving files other than our own which we refer to as "Additional Evidence."

12. Our Additional Evidence shows that the John Doe's IP address was used to torrent nearly 20,000 files, many of which relate to virtual reality adult film content (including specific content designed for Meta's Oculus/Quest headset, which is developed by Meta's Reality Labs).

13. For example, on Tuesday, August 25, 2026, Strike 3 recorded John Doe infringing over 150 files, several of which included "Mega Packs," spanning languages such as English, Japanese, Korean, Mandarin, Russian and French, and including television shows, movies, software, books, and music (although the overwhelming majority consisted of adult content).

14. The software infringements were so diverse they ranged from video editing tools to automotive repair data to open-source operating systems to sniper video games.

15. The infringements also included nearly a dozen of our motion pictures sandwiched between files of what appears to be AI generated pornography and VR adult films.

16. We are also in the process of conducting a similar analysis to Ex B/C of Plaintiffs' Amended Complaint and have identified dozens of correlations emanating from the John Doe's residential infringement to Meta's corporate IPs, the hidden IPs, and the other Reality Labs infringer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of August, 2026 at Los Angeles, California.

Emilie Kennedy

# EXHIBIT 1

**From:** **Emilie Kennedy** emilie@strike3holdings.com
**Subject:** Strike 3 Holdings, LLC v. Meta
**Date:** March 20, 2025 at 10:46 AM
**To:** bghajar@cooley.com, adunning@cgsh.com, cghazarian@cooley.com, jlauter@cooley.com, khartnett@cooley.com, mwoodhouse@meta.com, ksabanoglu@fb.com, dscotttucker@fb.com

Dear Counsel,

I am General Counsel for Strike 3 Holdings, LLC, owner of the copyrights to the adult movies created under the Vixen, Blacked, Tushy and Deeper brands, among others. We recently conducted a full audit and investigation of our recorded infringement data after reading about the Kadrey lawsuit. In doing so, we discovered that Meta has infringed essentially every movie we've ever created.

Our proprietary software, VXN Scan, has recorded over 100,000 TCP/IP connections to servers controlled by Meta distributing, not merely downloading, our copyrighted works. Each of these transactions was forensically documented with PCAP evidence. A very small sample of 50 PCAPs can be found here, and you will note the Bitfield on each indicates Meta was remaining in the swarm as a distributor after downloading a full copy of the movie.

We are currently in the process of drafting a complaint against Meta for direct copyright infringement. However, we have not yet retained outside counsel to file the suit. If you would like to discuss this lawsuit prior to us doing so, please feel free to contact me.

Respectfully,

Emilie Kennedy
General Counsel
Strike 3 Holdings, LLC
215-801-0066
emilie@strike3holdings.com