[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,

Plaintiff,

vs.

META PLATFORMS, INC., a Delaware corporation,

Defendant.

Case Number: 5:25-cv-06213-EKL

**DECLARATION OF CHRISTIAN WAUGH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12, 7-11)**

Judge Eumi K. Lee

[N.D. Cal. Civil L.R. 3-12 & 7-11]

I, Christian W. Waugh, do hereby state and declare as follows:

1. My name is Christian W. Waugh. I am over the age of 18 and am otherwise competent to make this declaration.

2. This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

3. I am counsel for Plaintiffs Strike 3 Holdings, LLC and Counterlife Media, LLC in this case.

4. On August 28, 2026, I notified counsel for Defendant, Meta Platforms Inc., via email that Plaintiffs would be filing an Administrative Motion to Consider Whether Cases Should Be Related ("Motion") pursuant to L.R. 3-12 and L.R. 7-11 and stated that Plaintiffs believed the action *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 162.192.7.34*, 26-2578-VKD (N.D. Cal.) should be related to this one. Shortly after, I discussed the Motion on a meet and confer video call with Meta's counsel.

5. Counsel for Meta has not stated a position on the motion by the time of filing but about eight (8) hours after our conferral, requested more time to deliver a position prior to filing.

If the Motion were any other type, I would wait, but I believe the applicable local rules require that I file this Motion immediately for the Court's benefit.

## DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2026

WAUGH PLLC

/s/ Christian W. Waugh
Christian W. Waugh

Attorneys for Plaintiffs
STRIKE 3 HOLDINGS, LLC
and COUNTERLIFE MEDIA, LLC