**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case Number: 5:25-cv-06213-EKL-SVK<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12, 7-11)** |

**THIS CAUSE** came before the Court upon Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related ("Motion") filed by Plaintiffs, Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiffs"), and the Court being duly advised does hereby:

**FIND, ORDER AND ADJUDGE:**

The Motion is GRANTED. Good cause having been shown, IT IS HEREBY ORDERED that *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 162.192.7.34*, 26-2578-VKD (N.D. Cal.) is related to this action.

Dated: ___________________________ By: ___________________________
**United States District Judge**
Honorable Eumi K. Lee