UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25-cv-06213-EKL<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Eumi K. Lee |

Upon consideration of the procedural issues arising from Administrative Motion to Consider Whether Another Party's Material Should be Sealed Re: Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related and Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related (Dkt. 78), and for good cause is shown,

**IT IS HEREBY ORDERED** that:

Within seven (7) days of being served with an unredacted version of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, Defendant Meta Platforms, Inc. ("Meta") shall file a declaration identifying any material contained therein that Meta contends should be filed under seal, together with a particularized showing of good cause supporting such designation, in compliance with Local Rule 79-5(f)(3).

**IT IS SO ORDERED.**

Dated: ______________________

______________________________________________
HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE