[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,

Plaintiffs,

vs.

META PLATFORMS, INC., a Delaware corporation,

Defendant.

Case Number: 5:25-cv-06213-EKL-SVK

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Judge: Hon. Eumi K. Lee

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs, Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiffs"), respectfully make this Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal. Plaintiffs have discussed this relief with Defendant, Meta Platforms, Inc. ("Meta"), which contends that the portions sought to be filed under seal contain information designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order entered by this Court. ECF No. 64.

Civil Local Rule 79-5(f) requires that when the "Filing Party seeks to seal because that documents has been designated as confidential by another party, [ ] ('Designating Party')," the Filing Party must file an "Administrative Motion to Consider Whether Another Party's Material Should be Sealed." In the motion, the Filing Party "must identify each document or portions thereof for which sealing is sought, but the Filing Party need not satisfy the showing required in subsection [79-5(f)](c)(1)." *Id.*

Specifically, the material subject to this administrative motion includes the following:

| | Redacted Portion of Document | | Description of Information |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | Portions of Second Joint Case Management Statement highlighted in blue in the version filed under seal. | | Information Meta contends is “CONFIDENTIAL” or “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” under the Protective Order |
| | | | |
| | | | |
| | | | |

WHEREFORE, Plaintiffs respectfully request entry of an order sealing unredacted copies of the above-discussed materials.

Dated: October 21, 2026

WAUGH PLLC

*/s/ Christian W. Waugh*
Christian W. Waugh

Christian W. Waugh (FL SBN 71093)
WAUGH PLLC
201 E. Pine Street, Ste. 315
Orlando, FL 32801
Telephone: (321) 800-6008
Email: cwaugh@waugh.legal

Trey Brown (SBN 314469)
In-House Counsel
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
Telephone: (323) 347-4271
Email: trey@strike3holdings.com

Jeremy J. Thompson (MN SBN 402173)
The Law Office of Jeremy J. Thompson PLLC
5200 Wilson Road, Ste. 150
Edina, MN 55424
Telephone: (952) 952-1883
Email: jeremy@jthompson.law

Lincoln D. Bandlow, Esq. (SBN 170449)
Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9680
Email: Lincoln@BandlowLaw.com

Brian S. Ginter (SBN 265786)

BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Telephone: (213) 236-0600
E-mail: bginter@bwslaw.com

Attorneys for Plaintiffs STRIKE 3 HOLDINGS, LLC and COUNTERLIFE MEDIA, LLC