**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case Number: 5:25-cv-06213-EKL-SVK<br><br>**PLAINTIFFS' [PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**THIS CAUSE** came before the Court upon the request of Plaintiffs Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiffs"), for an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion"), and the Court being duly advised does hereby:

**FIND, ORDER AND ADJUDGE:**

1. The Motion is GRANTED as to the following materials.

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 83 | Second Joint Case Management Statement | Highlighted portions of the Statement reflecting information Meta has designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order in this case. | |
| | | | |
| | | | |
| | | | |

**IT IS SO ORDERED**.

Dated: ______________________________ By: ______________________________

**United States District Judge**
Hon. Eumi K. Lee