CLEARY GOTTLIEB STEEN
& HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
SAMUEL BLANKENSHIP (339905)
sblankenship@cgsh.com
KIMBERLY BITTINGER (359907)
kbittinger@cgsh.com
151 University Avenue
Palo Alto, CA 94301
Telephone: +1 (650) 815-4100

CLEARY GOTTLIEB STEEN
& HAMILTON LLP
THOMAS W. YEH (287118)
tyeh@cgsh.com
650 California St., Suite 2400
San Francisco, CA 94108
Telephone: +(415) 796-4400

Attorney for Defendant
META PLATFORMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25-cv-06213-EKL<br><br>**DECLARATION OF ANGELA L. DUNNING IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Eumi K. Lee |

I, Angela L. Dunning, declare as follows:

1. I am a partner of the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to defendant Meta Platforms, Inc. ("Defendant"). I provide this Declaration based on my personal knowledge and/or after reasonable investigation of the relevant facts. If called to testify as a witness, I could and would testify competently thereto.

2. Pursuant to Civil L.R. 79-5(f)(3), I make this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 84 ("Sealing Motion")). The Sealing Motion seeks the Court's permission to file under seal narrowly tailored portions of the parties' Case Management Statement (Dkt. 83) (the "CMS"). Attached to this declaration is an updated version of the CMS, further narrowing the portions of the CMS to be filed under seal. The highlighted portion of the CMS reveals private identifying information about a former Meta employee that is not a party to this case.

3. The highlighted portion of the CMS that identifies Meta's former employee by name should be redacted for the same reasons the Court granted Meta's request to seal the identity of the individual named in Plaintiffs' Complaint. *See* Dkts. 28, 44. In the CMS, Plaintiffs identify the former employee by name and assert, without apparent basis, that the individual was responsible for torrenting "Strike 3's motion pictures." Given the subject matter of adult films, public disclosure of this employee's name is likely to cause embarrassment and humiliation and damage their reputation. Such disclosure would also infringe on their privacy rights by associating the individual with the alleged downloading of adult films, an activity which, on its face, appears to be of a personal and private nature. The harm to the former employee's privacy and reputational interests resulting from disclosure of their name substantially outweighs the public's interest in their identity.

4. No less restrictive alternatives to the proposed, narrowly-tailored redactions exist to protect these important interests.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of October 2026, in Palo Alto, California.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*s/ Angela L. Dunning*
Angela L. Dunning

Attorneys for Defendant
META PLATFORMS, INC.