[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case Number: 5:25-cv-06213-EKL<br><br>**DECLARATION OF EMILIE KENNEDY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12, 7-11)**<br><br>Judge Eumi K. Lee<br><br>[N.D. Cal. Civil L.R. 3-12 & 7-11] |

I, Emilie Kennedy, declare:

1. I am an attorney licensed to practice law in the State of Florida and in the State of California as registered in-house counsel. I am General Counsel for General Media Systems, LLC the parent company of Strike 3 Holdings, LLC as well as General Counsel for Strike 3 Holdings, LLC. I am personally familiar with, and, if called upon, could and would testify to the facts contained herein from my personal knowledge.

2. On March 24, 2026, Strike 3 filed the complaint in *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 162.192.7.34*, 26-2578-VKD (N.D. Cal.) against an individual known only by his IP address who we detected infringed (and continues to do so) dozens of our motion pictures over the course of several months.

3. Because we only knew the subscriber's IP address and not his actual identity, we filed an *Ex Parte Application for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference* which Judge DeMarchi granted on April 15, 2026. (ECF No. 9). We then promptly served a subpoena on the John Doe's Internet service provider, AT&T, to obtain his identity and AT&T responded to the subpoena.

4. After conducting an investigation, we learned that the defendant was an executive with Meta Platforms, Inc., in the Reality Labs division.

5. Specifically, the John Doe Subscriber is [redacted] who is the [redacted] for Reality Labs. He resides at [redacted].

6. His LinkedIn profile shows he was employed by Facebook / Meta for over a decade. *See* Exhibit 1. It was recently updated to show he no longer works there. Attached as Exhibit 1 is a true and correct PDF of his LinkedIn from August 18, 2026 and from today. It is noticeable that he updated his LinkedIn profile after Plaintiffs informed Meta of his identity for purposes of conferring for this Renewed Motion.

7. Although the infringement emanated from John Doe's residential IP address, most notably, the infringement with his current IP address began the very same day that I first notified Meta of the infringement happening on their corporate IP Addresses.

8. On March 20, 2025, I emailed Meta for the first time to notify it of the infringement of Strike 3's motion pictures through Meta's corporate IP addresses. I included several of Meta's outside copyright litigation counsel as well as in-house counsel on the email and provided forensic evidence of the infringement. *See* Exhibit 2. I sent the email at 10:46 a.m. PT.

9. At 1:05 p.m. PT, on March 20, 2025, Strike 3 first recorded BitTorrent infringement on John Doe's residential IP Address 162.192.7.34.

10. Although Counterlife was not an original Plaintiff to the *Strike 3 John Doe Case*, we have recorded infringement of Counterlife's motion pictures by John Doe.

11. We also logged BitTorrent network activity emanating from the John Doe's IP address involving files other than our own which we refer to as "Additional Evidence."

12. Our Additional Evidence shows that the John Doe's current IP address was used to torrent nearly 20,000 files, many of which relate to virtual reality adult film content (including specific content designed for Meta's Oculus/Quest headset, which is developed by Meta's Reality Labs).

13. For example, on Tuesday, August 25, 2026, Strike 3 recorded John Doe infringing over 150 files, several of which included "Mega Packs," spanning languages such as English, Japanese, Korean, Mandarin, Russian and French, and including television shows, movies, software, books, and music (although the overwhelming majority consisted of adult content).

14. The software infringements were so diverse they ranged from video editing tools to automotive repair data to open-source operating systems to sniper video games.

15. The infringements also included nearly a dozen of our motion pictures sandwiched between files of what appears to be AI generated pornography and VR adult films.

16. We are also in the process of conducting a similar analysis to Ex B/C of Plaintiffs' Amended Complaint and have identified dozens of correlations emanating from the John Doe's residential infringement to Meta's corporate IPs, the hidden IPs, and the other Reality Labs infringer.

17. We engaged in an in-depth analysis of the forensic evidence recorded from John Doe's IP address to ensure we had a plausible basis to believe that John Doe's infringement was for work purposes and not personal use. In doing so, [redacted]

18. Cross referencing these IP addresses with Strike 3's infringement database, we discovered over four years of BitTorrent infringement totaling roughly 70,000 files, including files from Anna's Archive and Library Genesis, which are at the heart of the *Kadrey* litigation. Additionally, Strike 3's forensic PCAP files show the IP addresses using the same torrent client (a version of libtorrent, which Meta admitted to using in *Kadrey*) and connecting through the same ports throughout these four years, among other connections, establishing John Doe torrented massive amounts of files on BitTorrent, including Plaintiffs' Works, for years while at Meta.

19. Strike 3 also reviewed John Doe's public social media (Instagram) and observed that nearly all of his limited connections appear to be Meta employees, or former employees, including Guy Rosen, who founded the Onavo VPN. *See* Richard Nieva, *Facebook's Latest Privacy Debacle Points to Larger Problem: Trust*, CNET, (Feb. 14, 2018) https://www.cnet.com/tech/mobile/facebook-latest-privacy-debacle-over-onavo-vpn-points-to-problem-of-trust/. *See also* Exhibit 3, screenshot from John Doe's Instagram.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of November, 2026 at Los Angeles, California.

/s/ Emilie Kennedy

Emilie Kennedy

# EXHIBIT 1

# Kennedy Declaration

# [redacted] LINKEDIN – AUGUST 18, 2026

**[REDACTED]**

# [redacted] LINKEDIN – NOVEMBER 2, 2026

**[REDACTED]**

# EXHIBIT 2

## Public DNS Identifiers Associated with John Doe's IP address

**[REDACTED]**

# EXHIBIT 3

## Excerpt from John Doe's Instagram

**[REDACTED]**