[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case Number: 5:25-cv-06213-EKL<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Eumi K. Lee |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs, Strike 3 Holdings, LLC and Counterlife Media, LLC, ("Plaintiff" or "Plaintiffs") respectfully move for entry of an Order granting Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal, filed in connection with Plaintiffs' Renewed Administrative Motion to Consider Whether Cases Should be Related. Plaintiffs' Motion and Exhibit B to the Motion, Declaration of Emilie Kennedy, contain information identifying the John Doe Subscriber in *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 162.192.7.34*, 26-2578-VKD (N.D. Cal.).

In that case, Judge DeMarchi issued an order stating: "Strike 3 may disclose (using the Court's procedures for filing materials under seal) John Doe's name and address to the Court in *Strike 3 Holdings, LLC v. Meta Platforms, Inc.*, No. 25-cv-06213-EKL (N.D. Cal.) ("Meta Case") to determine whether these cases should be related. Strike 3 may also disclose defendant's name and address to counsel of record for Meta Platforms Inc. in the Meta Case to comply with its obligations under the Civil Local Rules." *Id.* at ECF No. 19. The documents identified below contain the portions of Plaintiffs' Motion and Exhibit that contain the John Doe Subscriber's

identifying information.

| ECF No. | Document Sought to be Sealed | Portions to be Filed under Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| 86 | Administrative Motion to Consider Whether Cases Should Be Related | Portions of Highlighted in yellow on pgs. 2, 3, and 4. | Contains the John Doe Subscriber's Name and Title with Meta |
| 86-2 | Kennedy Declaration Exhibit and Exhibits 1-3 to it | Portions Highlighted in yellow from paragraphs 5, 17, and and Exhibits 1-3 | Contains the John Doe Subscriber's Name, Title, LinkedIn pages, DNS History with identifying information and his Instagram account |

WHEREFORE, Plaintiffs respectfully request entry of an order permitting Plaintiffs to file an unredacted version of its Administrative Motion to Consider Whether Cases Should be Related and Kennedy Declaration Exhibit B, for the limited purpose of redacting the John Doe Subscriber's name. A proposed order is attached for the Court's convenience.

DATED: November 4, 2026

Respectfully submitted,

By: */s/ Christian W. Waugh*

Christian W. Waugh (FL SBN 71093)
WAUGH PLLC
201 E. Pine St., Ste. 315
Orlando, FL 32901
*cwaugh@waugh.legal*
Tel: (321) 800-6008

Trey D. Brown (SBN 314469)
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Studio City, CA 91604
*trey@strike3holdings.com*
Tel: (323) 347-4721

Jeremy J. Thompson (MN SBN 402173)
Law Office of Jeremy J. Thompson PLLC
5200 Wilson Rd., Ste. 150
Edina, MN 55424
*jeremy@jthompson.law*
Tel: (952) 952-1883

Lincoln D. Bandlow, Esq. (CA #170449)
Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
*Lincoln@BandlowLaw.com*
Tel: (310) 556-9680

Brian S. Ginter (SBN 265786)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071
*bginter@bwslaw.com*
Tel: (213) 236-0600

*Attorneys for Plaintiffs,*
STRIKE 3 HOLDINGS, LLC and
COUNTERLIFE MEDIA, LLC