**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25-cv-06213-EKL<br><br>**[PROPOSED] ORDER REGARDING THE PARTIES' JOINT STATEMENT OF DISCOVERY DISPUTE**<br><br>Judge: Hon. Eumi K. Lee<br><br>**Magistrate Judge: Hon. Susan van Keulen** |

Before the Court is the Joint Statement of Discovery Dispute ("Joint Statement") filed by Plaintiffs Strike 3 Holdings, LLC and Counterlife Media, LLC and Defendant Meta Platforms, Inc. Having considered the parties' positions in the Joint Statement, arguments of counsel, and all matters properly presented to the Court, Plaintiffs' request for relief is **DENIED** in its entirety. Plaintiffs are ordered to meet and confer with Meta on each specific discovery request in dispute before seeking further intervention from this Court, as required under Section 7(b) of the Court's Standing Order, and to comply with Section 7(b) of the Standing Order in any future joint statement that may be filed.

**IT IS SO ORDERED.**

Dated: ______________________ ______________________________________________

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE