[*Counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25-cv-06213-EKL-SVK<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' PROPOSED ORDER AND SUBSTITUTION OF NEW PROPOSED ORDER RE: JOINT STATEMENT OF DISCOVERY DISPUTE [ECF NO. 88]**<br><br>Judge: Hon. Eumi K. Lee<br><br>Magistrate Judge: Hon. Susan van Keulen |

**PLEASE TAKE NOTICE** that (1) Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiffs") hereby withdraw their Proposed Order submitted as ECF No. 88-3, attendant to the Joint Statement of Discovery Dispute (ECF No. 88); and (2) Plaintiffs submit the attached Proposed Order regarding the Joint Statement of Discovery Dispute (ECF No. 88).

Dated: November 6, 2026 **WAUGH PLLC**

/s/ Christian W. Waugh
Christian W. Waugh

Christian W. Waugh (FL SBN 71093)
WAUGH PLLC
201 E. Pine Street, Ste. 315
Orlando, FL 32801
Telephone: (321) 800-6008
Email: cwaugh@waugh.legal

Trey Brown (SBN 314469)
In-House Counsel
Strike 3 Holdings, LLC
11271 Ventura Blvd., Ste. 717
Los Angeles, CA 91604
Telephone: (323) 347-4271
Email: trey@strike3holdings.com

Jeremy J. Thompson (MN SBN 402173)
The Law Office of Jeremy J. Thompson PLLC
5200 Wilson Road, Ste. 150

Edina, MN 55424
Telephone: (952) 952-1883
Email: jeremy@jthompson.law

Lincoln D. Bandlow, Esq. (SBN 170449)
Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9680
Email: Lincoln@BandlowLaw.com

Brian S. Ginter (SBN 265786)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Telephone: (213) 236-0600
E-mail: bginter@bwslaw.com

Attorneys for Plaintiffs STRIKE 3 HOLDINGS, LLC and COUNTERLIFE MEDIA, LLC

**CERTIFICATION OF CONSENT TO SUBSTITUTE PROPOSED ORDER TO JOINT FILING ECF NO. 88**

Pursuant to L.R. 5-1(i)(3)[1], I hereby attest that I obtained concurrence in the filing of this document from counsel for Defendant. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2026

WAUGH PLLC

/s/ Christian W. Waugh
Christian W. Waugh

Attorneys for Plaintiffs STRIKE 3 HOLDINGS, LLC and COUNTERLIFE MEDIA, LLC

---

[1] Since the Joint Letter Brief required consent, and Plaintiffs' Proposed Order was a part of a joint filing, Plaintiffs represent the consent to the Court.