**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company, and COUNTERLIFE MEDIA, LLC, a Delaware limited liability company,

Plaintiffs,

vs.

META PLATFORMS, INC., a Delaware corporation,

Defendant.

Case Number: 5:25-cv-06213-EKL-SVK

**PLAINTIFFS' [PROPOSED] ORDER ON JOINT STATEMENT OF DISCOVERY DISPUTE**

**THIS CAUSE** came before the Court upon the parties Joint Statement of Discovery Dispute, between Plaintiffs Strike 3 Holdings, LLC and Counterlife Media, LLC ("Plaintiffs"), and Defendant, Meta Platforms, Inc. ("Meta"), and the Court being duly advised does hereby:

**FIND, ORDER AND ADJUDGE:**

1. For those requests in which Meta has responded that it "will" search for and produce responsive material, Meta is COMPELLED to respond to Plaintiffs' Request for Production Nos. 3, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 20, 22, 23, 24, 25, 26, 30, 31, 32, 35, 36, 37, 38, 40, 41, 42, 46, 48, 49, 52, 84, 85, and 88. Meta must begin production of the above materials no later than twenty-one (21) days from this Order.

2. For those requests in which Meta has refused to search for and produce responsive material, Meta is further COMPELLED to make a good faith effort to search for, respond to, and produce responsive materials to Plaintiffs' Request for Production Nos. 1, 2, 8, 16, 17, 18, 19, 27, 29, 33, 34, 39, 43, 44, 45, 47, 51, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 86, 87, 89, 90, 98, 99, 100, 101, and 102. Meta must begin production of the above materials no later than thirty (30) days from this Order.

3. For any of the above Requests for Production to which Meta still objects, to the extent that objection is not adequately addressed or compromised to in Plaintiffs' deficiency letter, Meta must meet-and-confer with Plaintiffs within fourteen (14) days of this Order to resolve any such disputes. If any disputes remain after this conferral, either party may file another joint statement of discovery dispute.

**IT IS SO ORDERED**.

Dated: ________________________ By: ________________________

**United States Magistrate Judge**
Hon. Susan van Keulen